**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Israel ESTRADA–INFANTE,**
**Defendant–Appellant.**

**No. 07–40111**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 21, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern Dis-

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Jon Karl Schmid, Law Office of Jon Karl Schmid, Brownsville, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and REAVLEY and PRADO, Circuit Judges.

PER CURIAM: *

Israel Estrada–Infante (Estrada) appeals the sentence imposed following his guilty plea to illegal reentry. He argues that his sentence was unreasonable because the district court failed to consider his family ties and obligations and his rehabilitative efforts.

Estrada, however, has been released from federal custody and removed from the United States, leaving him subject only to an undischarged term of supervised release. Because Estrada has requested relief in the form of resentencing, relief we cannot grant, his appeal is moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 383 (5th Cir.), *petition for cert. filed,* (June 25, 2007) (No. 06–12082). Accordingly, the appeal is DISMISSED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR R. 47.5.4.